UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENNETH H. WOODSON,

                  Plaintiff,

        -against-

LISARAYE MCCOY,

                  Defendant.

22-CV-7714 (LTS)

CIVIL JUDGMENT

For the reasons stated in the February 16, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    February 16, 2023
            New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge